People v Simcoe (2023 NY Slip Op 06711)

People v Simcoe

2023 NY Slip Op 06711

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023

PRESENT: SMITH, J.P., LINDLEY, MONTOUR, OGDEN, AND NOWAK, JJ. (Filed Dec. 22, 2023.) 

MOTION NO. (3/16) KA 12-01682.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
THOMAS B. SIMCOE, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER Motion for reconsideration denied.